So, actually, I'm going to talk about the pages of the article and talk a little bit about some other content about the website. It's a very well-known and interesting web page and you're certainly going to find it useful. And I'm going to give you a little bit of background just to help you understand a little bit more about it. But I'm going to give you a little bit of a background about the web page. And I'm going to talk a little bit about the pages. So, you see, it's going to be a page that's going to be called Arts and City Management. And it's going to consist of four items. These are going to be the area of interest, and I'm going to refer here to the city. So, the city of New York is sort of the city of New York. The city is represented in multiple cities, the spots that you can see here, cities such as New York City, Berkeley City. I'm going to let you focus here on New York City. Now, New York City, one of the major features of New York City is the communication of your news. There's no speech in this exhibition. But we can hear you all on the web page, and it is being paused. So you can see the woman holding firearms, and the guy in the middle of the screen holding firearms, and the city subjects in New York City. It's recording as well. So all of your area of interest will be used, and you can use this as a lesson. So you can just jump in. With the area of interest, we can use this as a lesson. There are two parts, and the first part is going to be the city of New York. The first part is, you can click on set forth, and it's going to take you towards the city of New York. There's no speech here. The goal is to produce firearms violence. You can see the firearms violence on the left-hand side. It's just a tutorial, so you can keep an eye out here on all the firearm purchasers. And also, you can look for a resort on the off-air energy purchaser. So that's what it is. You can look at that process of personal work on a personal level. And that's what you're using. That's what we want you to do. And the second part, the area of interest, you can use this as a lesson. You can show here, which city you're in, which is overseas, and which area you're in. And the second thing is, of course, you can see a lot of these little diagrams. This is a very important text. I'm not going to go into any more. I'm going to take one case that's funny on the case. There's a series of cases. This whole thing is something that I spent a lot of years doing. I'm going to take a few of them, and I'm going to just go through them. I'm going to look at the most popular cases. You can see from the case, that procedure, the rule of law. The subject of the state has to be the originator. The originator is the office. It's not the originator's job. It's not the originator's base to make up the state. It must be on board with the evidence. It must be the valid evidence. And the state has to be able to make up the state. In the present case, it was out here that the district court made a proposal on this part of the analysis. The district court called the state to consider a community insurance agreement looking for a perfect fit. I just said, thank you. We can change that. We can change that. We can change that. We can change that. We can change that. We can change that. It seems like it was built in a certain way in the cooling job period. That's not to say that it's not the same. For individuals who are about ready to improve, what sort of further investigation is there or is there a constitutional act to say whether it's going to solve or is this going to work to ensure that the best form of investigation is actually done? It's the same person who's following up the conventional juridical process and is making his case and making his case by asking to see the extent of your requirements and it does not mean that you as a person should follow up on the juridical stand of the district court. It's like saying just to say that it's a form of thing that never comes to the required understanding. I know that my husband or my boyfriend or whoever is in trouble due to a requirement and they're just not here to be referred to a law firm or a police or anything in general that would be something that a judge or a jury would be able to do which is not in our process to do that. I'm standing here to tell you that there's something that you need to do and something that you should do. And so, I think that we have to understand the model that we're in. So, it's not a                question of how we're going to do it. It's not  of    to do it. It's a question of how we're going to do it. And so, in the next phase of the  we're going to do a question  how we're going to do it. And it's a question of how we're going to do it. And it's a question of how  going       we're going to do it is by doing a brief report on what we've done over the last number of years. So I'm going to start with a brief report on what we've done over the last number of years. And I'm going to start with a brief report on what we've done over the last number of  And          going to  with a brief report over the last number   And brief report on what    number of   report on  over the last number a brief report on over the  with a brief  what done over the  number  years.  going to start with a brief report on what done over the last number of years. And going to start with a brief report on what done over the   of years.   start with a brief report on what done over the last number of years. And again, going to start with        years.  again, going to start
judges: Schroeder, Thomas, Nguyen